THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| SO OK E JANG, individually; PAUL VINCENT and KYUNG VINCENT, and their marital community; JONG WOOK LIM, individually; and HONG YUN GAUDIA, individually;<br><br>                 Plaintiffs,<br>   v.<br>UNITED STATES OF AMERICA,<br><br>                 Defendant. | NO. 3:11-cv-05221<br><br>**STIPULATED ORDER OF DISMISSAL** |

## I. STIPULATION

As evidenced by the signatures of their duly-authorized attorneys below, the parties hereby agree to dismissal of the claims of Plaintiffs PAUL VINCENT, KYUNG VINCENT, JONG WOOK LIM, and HONG YUN GAUDIA, without prejudice, pursuant to Fed. R. Civ. P. 41(a).

## II. ORDER

Based on the stipulation of the parties, it is hereby ORDERED that the claims of Plaintiffs PAUL VINCENT, KYUNG VINCENT, JONG WOOK LIM, and HONG YUN

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

GAUDIA are hereby dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a). All further pleadings in this matter shall be captioned "So Ok E Jang, Plaintiff v. United States of America, Defendant."

IT IS SO ORDERED.

DATED this 10th day of June, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Approved as to Content & Form:

CONNELLY LAW OFFICES

By
   John R. Connelly, Jr., WSBA No. 12183
   Nathan P. Roberts, WSBA No. 40457
   2301 North 30th Street
   Tacoma, WA 98403
   E-mail: jconnelly@connelly-law.com
   E-mail: nroberts@connelly-law.com
   Phone: (253) 593-5100
   Attorneys for Plaintiff

Approved as to Content & Form:

JENNY A. DURKAN
United States Attorney

By /s/ *Patricia D. Gugin*
   Patricia D. Gugin, WSBA No. 43458
   1201 Pacific Avenue, Ste. 700
   Tacoma, WA 98402
   Email: Pat.Gugin@usdoj.gov
   Phone: 253-428-3832
   Attorneys for Defendant

STIPULATED ORDER OF DISMISSAL - 2 of 2
(No. 3:11-cv-05221)

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax