UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| SO OK E. JANG, | ) | NO. C11-5221 RBL |
| | ) | |
| Plaintiff, | ) | PROPOSED ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER comes before the Court upon the Plaintiff's Motion for Consolidation. The Court, having reviewed the entire record, including the Defendant's Response, briefs and submissions of the parties, ORDERS as follows:

The Plaintiff's Motion for Consolidation is Granted subject to the exception set forth in the Defendant's Response. The United States may file its response to the complaint filed in *Vincent, et al. v. United States*, C11-5515, within sixty days of service per Rule 4(i) of the Federal Rules of Civil Procedure.

DATED this 5th day of August, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER - 1
C11-5221 RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | |
|---|---|
| 1 | JENNY A. DURKAN |
| | UNITED STATES ATTORNEY |
| 2 | |
| 3 | s./Patricia D. Gugin |
| | PATRICIA D. GUGIN, WSBA # 43458 |
| 4 | Assistant U.S. Attorney |
| | 1201 Pacific Avenue, Ste. 700 |
| 5 | Tacoma, WA 98402 |
| | Phone: 253-428-3832 |
| 6 | Fax: 253-428-3826 |
| | Email: pat.gugin@usdoj.gov |
| 7 | |
| | s/ Priscilla T. Chan |
| 8 | PRISCILLA T. CHAN, WSBA # 28533 |
| | Assistant U.S. Attorney |
| 9 | 700 Stewart Street, Ste. 5220 |
| | Seattle, WA 98101-1271 |
| 10 | Phone: 206-553-7970 |
| | Fax: 206-553-4073 |
| 11 | Email: priscilla.chan@usdoj.gov |

PROPOSED ORDER - 2
C11-5221 RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800